IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SEIDAH WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-593-DII |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

On September 10, 2024, Plaintiff Seidah Williams and Defendant Procollect, Inc. dismissed without prejudice all claims asserted by the parties in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 27). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, as nothing remains to resolve and no other defendants remain in this case, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on September 11, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE